# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 11, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60289   Shell Energy North America v. FERC
               Agency No. 182 FERC 61,208
               Agency No. 183 FERC 61,225

The court has taken the following action in this case:

The Court has granted Respondent's opposed motion to suspend the time for filing the Administrative Record pending the Court's decision on the pending motion to transfer.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. Scott H. Angstreich
Mr. Matthew Christiansen
Mr. Scott Ediger
Mr. Robert Harris Solomon
Mr. Anand Viswanathan